1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   LESLIE A. AUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00433 AWI |
|---|---|---|
| Plaintiff, | ) ) | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) ) | |
| LESLIE A. AUSTIN, | ) | |
| Defendant. | ) ) ) | Date : April 14, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for April 4, 2011, **may be continued to April 14, 2011, at 1:30 p.m.**

This continuance is requested by defense counsel because she will be unavailable on the afternoon of April 4, 2011.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: March 24, 2011                /s/ Yassin Mohammad
                                              YASSIN MOHAMMAD
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: March 24, 2010                /s/ Rachel W. Hill
                                              RACHEL W. HILL
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LESLIE A. AUSTIN

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: **March 24, 2011**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE