```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LESLIE A. AUSTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>LESLIE A. AUSTIN,<br><br>*Defendant.* | No. 1:10-cr-00433 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : April 11, 2011<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for April 4, 2011, **may be continued to April 11, 2011, at 1:30 p.m.**

This continuance is requested by defense counsel because she will be unavailable on the afternoon of April 4, 2011.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                        BENJAMIN B. WAGNER  
                                      United States Attorney

DATED: March 23, 2011           /s/ Yassin Mohammad  
                                      YASSIN MOHAMMAD  
                                      Assistant United States Attorney  
                                      Attorney for Plaintiff

                                        DANIEL J. BRODERICK  
                                        Federal Defender

DATED: March 23, 2010           /s/ Rachel W. Hill  
                                      RACHEL W. HILL  
                                      Assistant Federal Defender  
                                      Attorney for Defendant  
                                      LESLIE A. AUSTIN

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   March 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference  
Hearing; Order Thereon                   2