UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# M E M O R A N D U M

**TO:** Chief United States District Judge Anthony W. Ishii

**FROM:** Senior United States Probation Officer Marlene K. DeOrian

**DATE:** September 21, 2011

**SUBJECT:** Leslie Austin
Docket No: 1:10CR00433-001
<u>Request for Subsistence Waiver</u>

On May 31, 2011, the Court modified and continued the offender's supervision conditions to include placement at the Turning Point Residential Reentry Center (RRC) for a period up to 120 days. On June 6, 2011, the offender commenced placement at the RRC and is expected to terminate on November 2, 2011. All residents who are employed must pay a 25% subsidence cost while participating at the center.

On August 3, 2011, he secured part-time employment with the Fresno Rescue Mission as an academy coordinator. In addition to his employment, the offender is a full-time student with Fresno City College and is taking 15 units. Although the offender earns $800 monthly, his monthly expenses average $600. These expenses consist of the following: $200 child support, $100 cell phone, $50 vehicle insurance, $200 gas, and $50 life insurance. In addition, with his earnings he recently paid $513 in books and $140 for vehicle registration.

The offender is requesting his subsidence be waived to provide the ability to continue his child support payments and meet other financial responsibilities. Since the offender is a public law placement, the Bureau of Prisons did not incur this debt and would waive the fee if approved by the Court. Therefore, since this cost is based on the ability to pay, it is recommended his subsidence cost be waived effective August 27, 2011.

A signature block is provided below for your consideration.

AGREE: __**X**__    DISAGREE: _____
IT IS SO ORDERED.

Dated: __September 28, 2011__    _____
CHIEF UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ INTEROFFICE.MRG